**David J. Cook (SBN 60859)**
**COOK COLLECTION**
**ATTORNEYS, PLC**
**ATTORNEYS AT LAW**
165 Fell Street
San Francisco, CA 94102
Mail: P.O. Box 270
San Francisco, CA 94104
Telephone: (415) 989-4730
Facsimile: (415) 989-0491
Cook@CookCollectionAttorneys.com

Attorneys for Kate Doe, Creditor ("Doe" or "Creditor")

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>GREGORY R. DOUGALD, an individual<br><br>Debtor. | Case No.: 20-50454 MEH<br><br>**NOTICE OF WITHDRAWAL OF CLAIM 6-1 AND INSTEAD FILING OF AN AMENDED CLAIM 4-1 OF $1,409,125.00** |

TO GREGORY R. DOUGALD, TRUSTEE AND OTHER PARTIES:

Please take notice that KATE DOE (1) withdraws CLAIM 6-1, filed on September 16, 2022, as superfluous and in (2) its instead and place hereby files the Amended Claim 4-1 in the amount of $1,409,125.00 for the true and correct amount of the Claim in these proceedings.

Dated: September 19, 2022

COOK COLECTION ATTORNEYS PLC.

*David J. Cook*
DAVID J. COOK, ESQ.
Attorney for Kate Doe

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# CERTIFICATE OF SERVICE

Gregory R. Dougald
BN6543
B-220-l-75L
PO BOX 902
AVENAL CA 93204-0902

Gregory R. Dougald
c/o Titanya La Pena
10750 6th Street
Gilroy, CA 95020

I declare:

 I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

 NOTICE OF WITHDRAWAL AND WITHDRAWS CLAIM 6-1 AND INSTEAD
 FILES AN AMENEDED CLAIM 4-1 OF $1,409,125.00

on the above-named person(s) by:

 __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above and the ECF parties.

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 19, 2022 at San Francisco, California.

            /s/ DAVID J. COOK